**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 1

| | |
|---|---|
| INNOTEX INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | **S U M M O N S**<br><br>Court No. 24-214 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 0712 Champlain, NY | Center (if known): | CEE004 Apparel Footwear and Textiles |
|---|---|---|---|
| Protest Number: | 071224102206 | Date Protest Filed: | 06/05/2024 |
| Importer: | Innotex Inc. | Date Protest Denied: | 06/13/2024 |
| Category of Merchandise: | firefighter turn-out jackets and pants | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| SCS14372431 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
Patrick Klein
NEVILLE PETERSON LLP
55 Broadway, 1 Exchange Plaza
New York, NY  10006
Tel: 212-635-2730
jpeterson@npwny.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| firefighter turn-out apparel | 6211.33.9068 | 16% duty | 6211.33.9068 | 0% duty as USMCA originating |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Issue of first impression under USMCA

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

                                ___/s/ John Peterson_____
                                                   *Signature of Plaintiff's Attorney*

                                _____
                                                          *Date*