UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

_____
INNOTEX INC.,                              :
                                           :
                         Plaintiff,        :          Court No. 24-00214
                                           :
              v.                           :
                                           :
U.S. CUSTOMS AND BORDER PROTECTION,        :
                                           :
                         Defendants.       :
_____:

### NOTICE OF SUBSTITUTION OF ATTORNEY

     PLEASE TAKE NOTICE that Marcella Powell hereby enters her appearance as principal

attorney of record for the United States, defendant in the above-captioned action, and requests that

all papers in connection therewith be referred to his attention.  Luke Mathers may be removed as an

attorney of record in this matter.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:    JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Marcella Powell
MARCELLA POWELL
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-1873
*Attorneys for Defendant*

Dated:  November 14, 2025